**UNITED STATES of America,**
**Appellee,**

v.

**Antonio TRIPLETT, Appellant.**

**No. 06–1367.**

United States Court of Appeals,
Eighth Circuit.

Submitted: June 8, 2007.

Filed: July 23, 2007.

Kenneth P. Elser, David R. Ferguson, Charles E. Smith, Mark W. Webb, Assistant U.S. Attorney, U.S. Attorney's Office, Fort Smith, AR, for Appellee.

Antonio Triplett, Texarkana, TX, pro se.

Before COLLOTON, BEAM, and BENTON, Circuit Judges.

PER CURIAM.

Antonio Triplett appeals the district court's[1] order denying his motion to reconsider the denial of his motion for a substantial-assistance downward departure. Triplett's notice of appeal is untimely as to the denial of his initial departure motion, *see* Fed. R.App. P. 4(b)(1)(A)(i) (in criminal case, notice of appeal must be filed within 10 days after entry of either judgment or order being appealed), and we find it was proper to deny his motion to reconsider. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.